JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYHAWK PRIVATE EQUITY FUND II, L.P., on Behalf of a Certain Certified Class,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS INC., MONITOR LIABILITY MANAGERS, LLC, BERKLEY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY,<br><br>Defendants. | CASE NO. CV 17-5523-GW(RAOx)<br><br>[Matter Assigned to Judge George Wu]<br><br>**JUDGMENT**<br><br>Discovery Cutoff:   None<br>Motion Cutoff:      None<br>Trial Date:         None |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The motions of Defendants Liberty Insurance Underwriters Inc. ("Liberty") and XL Insurance Company ("XL") for a dismissal of the entire action against them under Rule 12(b)(6) of the Federal Rules of Civil Procedure, came on regularly for hearing before this Court on June 7, 2018 at 8:30 a.m.

After consideration of the admissible evidence, the Second Amended Complaint, and the points and authorities, the Court hereby finds that Liberty and XL are entitled to a dismissal of the entire action against them under Rule 12(b)(6) of the Federal Rules of Civil Procedure as set forth in the court's order dated June 7, 2018. [Dkt 70].  After consideration of the status report filed on June 26, 2018 [Dkt. 74], and for the reasons set forth in the court's final ruling on Liberty and XL's motions to dismiss [Dkt. 70], the court hereby finds that defendant Berkley Insurance Company ("Berkley") is entitled to dismissal of the entire action against it.

The Court hereby finds that defendants Liberty, XL and Berkley are entitled to final judgment as a matter of law with respect to Plaintiffs' Second Amended Complaint.

DATED: July 20, 2018

GEORGE H. WU, U.S. District Judge

37062162\1 00042.0011.000/410927.000